UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:26-cv-336-GNS

DONOVAN ROBERTS, on behalf of himself
and all others similarly situated,                                                                    Plaintiff

v.

KALSHI, INC., et al                                                                                          Defendants

NOTICE OF TENDERING DISCLOSURE STATEMENT

Plaintiff hereby tenders the attached Disclosure Statement.


Respectfully submitted,


/s/Christopher L. Rhoads
Christopher L. Rhoads

RHOADS & RHOADS, PSC
115 East Second Street
P.O. Box 2023
Owensboro, KY 42302-2023
Telephone:  270-683-4600
Facsimile:  270-683-1653
chris@rhoadsandrhoads.com

and

Wesley W. Barnett (pro hac anticipated)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, AL 35205
Telephone:  205-930-9900
Facsimile:  2005-930-9989
wbarnett@davisnorris.com

*Attorneys for Plaintiff*