WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### At Louisville

Plaintiff:    DONOVAN ROBERTS

v.                                                          Case No:_3:26-cv-336-GNS

Defendant:    KALSHI, INC; KALSHIEX LLC;
KALSHI KLEAR, INC; KALSHI KLEAR LLC;
KALSHI TRADING LLC; SUSQUEHANNA
INTERNATIONAL GROUP, LLP; and
SUSQUEHANNA GOVERNMENT PRODUCTS

* * * * *

### DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Plaintiff, Donovan Roberts, in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

Donovan Roberts                                    Kentucky, USA
Party or Intervenor Name                           Citizenship

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

| | |
|---|---|
| KALSHI, INC. | New York, USA |
| Party or Intervenor Name | Citizenship |
| KALSHIEX LLC | New York, USA |
| Party or Intervenor Name | Citizenship |
| KALSHI KLEAR, INC. | New York, USA |
| Party or Intervenor Name | Citizenship |
| KALSHI KLEAR LLC | New York, USA |
| Party or Intervenor Name | Citizenship |
| KALSHI TRADING LLC | New York, USA |
| Party or Intervenor Name | Citizenship |
| SUSQUEHANNA INTERNATIONAL GROUP, LLP | Pennsylvania, USA |
| Party or Intervenor Name | Citizenship |
| SUSQUEHANNA GOVERNMENT PRODUCTS | New York, USA |
| Party or Intervenor Name | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

May 13, 2026
Date

Signature

Counsel for:   Plaintiff, Donovan Roberts