**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

|  |  |
|---|---|
| DONOVAN ROBERTS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, and SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP, <br><br> *Defendants.* | Case No. 3:26-cv-00336-GNS <br><br> Honorable Greg N. Stivers |

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**

The Court, having considered Plaintiff Donovan Roberts' and Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear LLC, Kalshi Klear Inc., Kalshi Trading LLC, Susquehanna International Group, LLP, and Susquehanna Government Products, LLLP's Joint Motion to Transfer Venue to the Southern District of New York pursuant to 28 U.S.C. § 1404(a), and finding good cause therefore, hereby **GRANTS** the motion in its entirety. Accordingly, it is hereby **ORDERED** that the matter is to be transferred to the Southern District of New York.

**IT IS SO ORDERED.**

**Greg N. Stivers, Judge**
**United States District Court**
June 22, 2026